# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-187-FDW-DCK

| | |
|---|---|
| VERIGENT, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| MICHAEL SCHIANO, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 6) filed by Deborah A. Ausburn, concerning Steven J. Whitehead, on May 16, 2017. Mr. Whitehead seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 6) is **GRANTED**. Steven J. Whitehead is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: May 17, 2017

David C. Keesler
United States Magistrate Judge