# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-187-FDW-DCK

| | |
|---|---|
| VERIGENT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MICHAEL SCHIANO, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 7) filed by Deborah A. Ausburn, concerning Michael Eric Ross, on May 16, 2017. Mr. Ross seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 7) is **GRANTED**. Michael Eric Ross is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: May 17, 2017

David C. Keesler
United States Magistrate Judge